☐ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                           :

UNITED STATES OF AMERICA       :   NOTICE OF INTENT TO
                           :   FILE AN INFORMATION

       - v. -            :

MOTTY DRIZIN,            :

            Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**20 CRIM . 36**

*JUDGE NATHAN*

        Please take notice that the United States Attorney's Office

will file an information upon the defendant's waiver of indictment,

pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.


Dated:      New York, New York
           December 9, 2019


                       GEOFFREY S. BERMAN
                       United States Attorney


       By:        _____
                       Timothy V. Capozzi
                       Assistant United States Attorney


                       AGREED AND CONSENTED TO:


       By:        _____
                       Saul Bienenfeld, Esq.
                       Attorney for Motty Drizin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|9|19