UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                               :

UNITED STATES OF AMERICA        :    WAIVER OF INDICTMENT

          - v. -             :    20 Cr.

MOTTY DRIZIN,                :    **20 CRIM. 36**

        Defendant.        :

- - - - - - - - - - - - - - - - x

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date:     New York, New York
           January 15, 2020

_____
Motty Drizin, Defendant

_____
Saul Bienenfeld, Esq.

_____
Witness

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 5 2020