**20 CRIM . 36**

DOCKET No. _____    DEFENDANT: __Motty Drizin_____

AUSA __Timothy Capozzi_____    DEF.'S COUNSEL __Saul Bienenfeld_____
                                    ☑ RETAINED        ☐ FEDERAL DEFENDERS        ☐ CJA

☐ _____ INTERPRETER NEEDED    ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5    ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.    DATE OF ARREST_____    ☑ VOL. SURR.
                                                            TIME OF ARREST_____    ☐ ON WRIT
☐ Other:_____    TIME OF PRESENTMENT _____

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER      ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☑ AGREED CONDITIONS OF RELEASE
☑ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☑ $ __100,000.00_____ PRB
☐ _____FRP
☐ SECURED BY $_____ CASH/PROPERTY:_____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ **Green County and Olster County**_____
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION        ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT    ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION        ☐ HOME DETENTION        ☐ CURFEW    ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY __1/22/2020_____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

**$ 100,000.00 bond co sign by 1 individual by Wednesday, January 22, 2020.**

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY        ☐ CONFERENCE BEFORE D.J. ON _____
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL __8/3/2020_____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED            ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED            ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____        ☐ ON DEFENDANT'S CONSENT

DATE: __1/15/2020_____        _____
                                    UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.